IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs<br><br>1) JOSE RIVERA-DIDES<br>**2) JORGE OMAR VICENTY-MELENDEZ**<br>3) REY GONZALEZ<br>4) EDWIN MARIN-MARTINEZ<br>5) ALEJANDRO ROSARIO-RIVERA<br>6) GERMAN MORALES-COLON<br>7) MIGUEL PEREZ-RIVERA<br>8) JOSUE ROSARIO-RESTO<br>9) JONATHAN RIVERA-MEDINA<br>10) LUIS E. ACEVEDO-OQUENDO<br>11) LUIS J. ACEVEDO-OQUENDO<br>12) JUAN ALVARADO-HERNANDEZ<br>13) GAMALIER RODRIGUEZ-TAÑON<br>14) RAFAEL MARIN<br>15) CARLOS A. DE JESUS-CUEVAS<br>16) WILLIAM RIVERA-RODRIGUEZ<br>17) JONATHAN GONZALEZ-COLON<br>18) WILFREDO RODRIGUEZ-RIVERA<br>19) RAUL MARIN-MARTINEZ<br>20) JUAN DAVID MARIN-MARTINEZ<br>21) GIOVANNI GONZALEZ-TORRES<br>22) JOSE BAEZ-LEON<br>23) AVIDAEL HERNANDEZ-AGOSTO<br>24) FERNANDO SUAREZ-LAFONTAINE<br>25) JONATHAN GONZALEZ-MEDINA<br>26) JOAN SERRANO-RODRIGUEZ<br>27) FELIPE MAS-QUILES<br>28) JOSE MEDINA-GRAU<br>29) CARLOS FELICIANO-GONZALEZ<br>30) EMANUEL PAGAN-COLLAZO<br>31) MICHELLE RODRIGUEZ-RIVERA<br>32) ALEX DE JESUS-CAQUIAS<br>33) MARIO RIVERA-DIDES<br>34) JORGE L. PAGAN-COLLAZO<br>35) JORGE L. NEGRON-CASTELLANO<br>36) CALIXTO RIVERA-MONTERO<br>37) SIGFREDO DE JESUS-RODRIGUEZ<br>38) JOSE GIOVANNI RIVERA<br>39) JAVIER DE JESUS-GONZALEZ | CRIMINAL 12-0154CCC |

CRIMINAL 12-0154CCC                    2

40) GABRIEL SOTO
41) ALEX ARROYO-RAMOS

Defendants

**ORDER**

Having considered the Report and Recommendation filed on July 21, 2013 (**docket entry 894**) on a Rule 11 proceeding of defendant Jorge Omar Vicenty-Meléndez (2) held before U.S. Magistrate Judge Marcos E. López on July 16, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 16, 2013. **The sentencing hearing is set for November 5, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on August 9, 2013.

                                        S/CARMEN CONSUELO CEREZO
                                        United States District Judge